IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION



UNITED STATES OF AMERICA,
Plaintiff,

vs.                                                        Civil No. 12-3036

$2,702.00 IN U.S. CURRENCY,

AND

$1,782.00 IN U.S. CURRENCY,
Defendants.

## CONSENT DECREE OF FORFEITURE

On March 14, 2012, a Verified Complaint of Forfeiture against the defendant currency was filed on behalf of the plaintiff, United States of America. The complaint alleges that the currency constitutes proceeds from violations involving the harboring and employment of illegal aliens in violation of 8 U.S.C. § 1324(a)(1)(A)(iii).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the claimant, Janell Compton forfeit $2,702.00 in U.S. Currency and $1,782.00 in U.S. Currency pursuant to the agreement of the parties.

_____
HONORABLE P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE

APPROVED:

/s/David R. Ferguson
David R. Ferguson, Assistant United States
Attorney for Plaintiff, United States of America


/s/Kimberly R. Weber
Kimberly R. Weber, Attorney for Janell Compton